IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DEVON SYKES,** | ) | Civil Action No. 7:14cv00017 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | By: Norman K. Moon |
| **SGT. LARRY ROSS COLLINS,** *et al.*, | ) | United States District Judge |
| Defendants. | ) | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendants' motion for summary judgment (Docket No. 33) is **GRANTED in part** as to defendant Bishop and **DENIED in part** as to all other defendants. The Clerk is **DIRECTED** to **TERMINATE** Bishop as a defendant to this action. This matter will be set for trial by separate order.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 6th day of March, 2015.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE